IN ADMIRALTY

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Joseph Prout

_____

_____

(Enter above the full name of
plaintiff in this action)

V

PUBLIC DEFENDER GEORGE H. MARGETAS

PTL Ben C. Martin, Scott

McCabe, Asst. Da's Lynn Sun-

day, Joshua E. Klien, Mag-
isterial Judges Ronald J. Has-
kill, Richard T. Thomas

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 3:12-Cv-2472
(to be supplied by Clerk
of the District Court)

**FILED
SCRANTON**

DEC 11 2012

PER _____
DEPUTY CLERK

COMPLAINT

1. The plaintiff  Joseph Prout  a citizen of the County of  Philadelphia  State of Pennsylvania, residing at  SCI Laurel Highlands  wishes to file a complaint under  Title 18 USC Tort Claim Fines Penalties
(give Title No. etc.)
and Damages involved in the violation of  commercial lien

2. The defendant is  A natural freeborn sovereign individual

I am not a fictitious corporation entity or surety for any enslegis entity or public holder, using any fraudulent government created upper case name.

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary)  Constitutional impermissible
application of statutes

<u>BID BOND</u>

<u>PAYMENT</u> & <u>Performance bond</u>

<u>ADMIRALTY BOND</u>

<u>As a matter of Fact</u>: Participation in a commerial enterprise under Color of Law, with co-business partners/co-conspirator's Officers/Agents employees. Amounting to a deprivation of Rights Under Color of Law and conspiracy against same, Treason, Fraud, Assumption of debt etc.

<u>CONSTITUTIONAL VIOLATIONS & CRIMES</u>

1. "Obligation of Contract," Article 1, Section 10, Clause 1, of the Constitution for the United States of America.

2. "No Title of Nobility," Article I, Section 9, Clause 8 of the Constitution for the United States of America, and Second Maxim of Commercial Law. "All are equal under the Law" (no man is above moral and natural law).

3. Unalienable right to "due process of law," Bill of Rights, 5th Amendment to the Constitution for the United States of America, and Second Maxim of Commercial Law ("All are equal under the Law").

4. Unalienable right to "just compensation," 5th Amendment to the Constitution for the United States of America, and First Maxim of Commercial Law. "A workman is worthy of his hire" ("Thou shalt not <u>steal</u>").

5. Unalienable right to "trial by jury," Bill of Rights, 7th Amendment to theConstitution, Eighth Maxim of Commercial Law: "A lien or claim be satisfied only through rebuttal by affidavit point-for-point, <u>resolution by jury</u>, or payment."

6. No usurpation of power, Article I, Section 9, Clause 8 (no Title of Nobility), Article III, Section 3, Clause 1 & 2 (Treason), 6th, 7th, 9th, and 10th Amendments of the Constitution for the United States of America, and 7th Maxim of Commercial Law: "Sacrifice is the measure of credibility (no willingness to sacrifice = no liability, responsibility, authority, or measure of conviction)."

Affiant being a 'Living, Breathing, Flesh-and Blood Man. Who never had 'Full Disclosure' and know it for the first time. Is invoking his legal rights, remedies and recourses.

THAT, Affiant, has been dishonored by the judges, prosecutor's and Attorneys, who has signed their names on 'Commercial Paper/Money Order,' in regards to the 'Warrant/the Check,' that was issued for Affiant's arrest. Are in violation of the "Green River Ordinance."

THAT, Affiant's attorney's, after registering with the Secretary of State as foreigner, and bonding their positions, because they waived their citizenship in equity as a matter of by the bar. Without 'Clean Hands,' lead Affiant into "Dishonor"/Default Judgment."

THAT, without "Disclosure' to Affiant's parents/and or doctor, that Affiant had Alienable Rights as being 'Sovereign,' was dishonored in form and substance illegally, a commercial contract, entered into making Affiant a ward of the state. Within two weeks and three days the 'Certificate of Affiant's Live Birth' based on said application was delivered and filed in Washington D.C., as a bonded instrument. Affiant was issued a Social Security Card/CUSIP NO. 175480089 .

THAT, when the application of Live Birth of Affiant arrived at the Department of the Treasury in Washington D.C., Affiant's Certificate was bonded, an account was set up using Affiant's Social Security Numer/CUSIP NO., funds were borrowed. Affiant's paper credit was invested in stocks and bonds and used for the Commercial Activities of the United States (Corporated) now in receivership.

THAT, the principle of law and equity of law Merchant is the decision in all Courts; 7211 7 CFR says that all crimes are Commercial. Kindnapping, bribery  extortion, murder etc. are Commercial crimes. ---Admiralty Maritime Law.

THAT, Affiant's account is still open, and, the Holder-In-Due-Course of the original account. Affiant's Birth Certificate is a Security, the Straw man is the Surety, Affiant is the Principal on both sides of the account. The "Common Stock, the Preferred Stock, the Creditor."

IN suport for damand of relief **affiant** joseph prout avers the following facts **A CRIME IS A CONTRACT** in which the transgressor become indedted to his victim in accordance to the terms of contract (damages requiring compensation)form by the crime,LIEN CLAIMANT is damaged by **LIEN DEBTORS** false fraudulent unsubstantiated claims AND CERTAINLY if they are enforced (as under color of law and right) The terms, condition, and specific performance of the contract are spelled out in the claim charges, counter charges and affidavit exchanged between the parties thus forming a contract which is offered accepted answered and contested. Unless Joseph Prout has willfully harmed or violated someone or someone's property without their consent, he has not committed any crime or violation of any valid crime code and therefore is not subject to any penalty and **PRESENT PENNSYLVANIA** CONSOLIDATED STATUTES, Title 13 Commercial Code, **SALES OF PERSONALTY** all involved are **IN VIOLATION OF INTERNATIONAL MARITIME TRADE LAWS.**

**SEE EXZIBITS. A. B. C. D. E. F.**

3. (CONTINUED) FLESh-and Biood Man joseph Prout invokes his unalienable right to just compensation, 5th amendment to the constitution to the united states of america and the first maxim of **COMMERCIAL LAW UCC** for 18 month of delayed detention in the amount of $ 300,000,00

4. WHEREFORE, plaintiff prays that this HONORBLE COURT **GRANTS THIS CLAIM FOR INJURY SUFFERED, LOST WAGES FROM HIS JOB AND RESTRAINT ON HIS LIBERTY. WITHOUT PREJUDICE" UCC 1,308 ALL RIGHTS RESERVED,----------NON-ASSUMPSIT**

12/5/12

(Signature of Plaintiff)

 **POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: 03/04/2011 | OTN/LiveScan | | Complaint/Incident Number 20110304A0050 |
|---|---|---|---|---|
| Defendant Name | First: JOSEPH | Middle: | | Last: PROUT |

### AFFIDAVIT of PROBABLE CAUSE

Your Affiant is Officer Ben Martin of the Carroll Township Police Department.

On Friday March 4, 2011 at 1335 hours your Affiant was dispatched to respond to the Rite Aid Pharmacy located at 818 US RT 15 North in Carroll Township, York County, for a possible fraudulent prescription. Upon arrival Your Affiant was advised by the Rite Aid Pharmacy employee that a black male was attempting to procure 120 pills of Oxycodone (30 mg), which is a Schedule I controlled substance, with a altered/forged prescription.

The black male was stopped as he was leaving the store. The black male identified himself as Joseph Prout from Philadelphia, PA. During the investigation is was learned that Prout obtained an altered and forged prescription from an unknown person. Prout was attempting to use the altered/forged prescription to purchase the 120 pills of Oxycodone (30 mg).

The Pharmacist at Rite Aid verified that the prescription handed in by Prout was in fact a forgery after contacting the doctors office listed on the prescription.

I, **PTL. BEN C. MARTIN (5318)**, BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FORGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

_____
(Signature of Affiant)

Sworn to me and subscribed before me this _____ day of _____, _____

_____ Date _____, Magisterial District Judge

My commission expires first Monday of January,

SEAL

EXZIBITS. A

| CARROLL TOWNSHIP POLICE DEPARTMENT | Incident Investigation Report |
|---|---|
| ORI: PA0674600 | **20110304A0050 (A)** |

## Incident Data

```
Class (UCR) Code: 1090 FORGERY & COUNTERFEITING -REPORTS     Complete
  Crimes Code: Title:35 - 780-113    A12
  Date/Time Reported:    03/04/2011 Friday 13:35
  Discovered Date/Time:
  Last Known Secure :
  TIME - Received: 13:35 / Dispatched: 13:35 / Arrived: 13:40 / Cleared:
  Badge: 5318 - PTL. BEN C. MARTIN
  Address: 818 RT.15 NORTH HWY - DILLSBURG
     Landmark: RITE AID PHARMACY
     Patrol Zone: A - CARROLL TOWNSHIP
     Premise Type: PHARMACY
  BIAS: 88 NONE (NO BIAS)
```

MO:
Weapon/Tools:NONE   Additional weapon:

## Persons Involved

Number of Victims: 0   Number of Offenders: 1   Persons Involved: 4

```
OFFENDER          PROUT, JOSEPH    (NP026462)
  Incident Classif.: 1090  FORGERY & COUNTERFEITING -REPORTS
     How Charged: ARRESTED               Disposition:
     Arrest Date: 03/04/2011
  Type: INDIVIDUAL/PERSON (NOT L.E.OFFICER)     Injury: NO INJURY
  Age/DOB: 46 11/30/1964   Race: B  Sex: M  Ethnic: N  Marital: U  Resdnc: U
  SS#:  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
  Height: 507 Weight: 160 Eye: BRO Hair: GRY Build: THI Compl.: LIGHT
  GBM ID number:         Date Entered:  / /    Date Released:   / /
  Comment: SUSPENDED/PHOTO ID
  OLN/STATE: 24066067            /PA
  Drug/Alcohol Use: D   Computer Use: N

  Home: 5715 N. 19TH ST.              Home Phone:
        PHILADELPHIA PA 19141
  Work Phone:         EXT:   Cell Phone: 267-588-3667  Pager:
  Employer:

  DOCUMENTS ON FILE:
      - Arrest Report - Criminal Complaint - Fingerprint Card
  Arrest Report
        Arrest #:20110304    03/04/2011 FORGERY & COUNTERFEITING -REPORTS
```

EXZIBIT. B

| Officer: PTL. BEN C. MARTIN | Badge: 5318 | Page: 1 |
|---|---|---|
| Case Status: CLOSED/CLEARED | Case Disposition: CLEARED BY ARREST | |
| | Disposition Date: 03/04/2011 | |

Date Printed:08 March 2011 13:17   By: Gene Baptisti

## Magisterial District Judge 19-3-10



**DOCKET**

Docket Number: MJ-19310-CR-0000045-2011

# CRIMINAL DOCKET

Commonwealth of Pennsylvania
v.
Joseph Prout

Page 2 of 3

### DEFENDANT INFORMATION

**Name:** Prout, Joseph
**Date of Birth:** 11/30/1964
**Sex:** Male
**Race:** Black

**Address(es):**
Primary
Philadelphia, PA 19141

| | |
|---|---|
| Advised of His Right to Apply for Assignment of Counsel? | No |
| Public Defender Requested by the Defendant? | Yes |
| Application Provided for Appointment of Public Defender? | Yes |
| Has the Defendant Been Fingerprinted? | Yes |

### CASE PARTICIPANTS

| Participant Type | Participant Name |
|---|---|
| Arresting Officer | Martin, Ben Charles |
| Defendant | Prout, Joseph |
| Affiant | Ptlm Ben Martin |

### BAIL

**Bail Set:**

| Bail Action Type | Bail Action Date | Bail Type | Percentage | Amount |
|---|---|---|---|---|
| Set | 03/04/2011 | Monetary | | $100,000.00 |

### CHARGES

| # | Charge | Grade | Description | Offense Dt. | Disposition |
|---|---|---|---|---|---|
| 1 | 35 § 780-113 §§ A12 | F | Acq Or Obt Poss Of Contr Subs Misre | 03/04/2011 | Held for Court |
| 2 | 18 § 4101 §§ A1 | | Forgery - Alter Writing | 03/04/2011 | Held for Court |
| 3 | 18 § 901 §§ A | | ATTEMPT FORGERY - ALTER WRITING | 03/04/2011 | Held for Court |
| 4 | 63 § 390-8 §§ 13I | M | Procure For Self/Other Drug By Fraud | 03/04/2011 | Held for Court |

### DISPOSITION / SENTENCING DETAILS

**Case Disposition:** Held for Court
**Disposition Date:** 04/25/2011
**Was Defendant Present?** Yes

| Offense Seq./Description | Offense Disposition |
|---|---|
| 1 Acq Or Obt Poss Of Contr Subs Misre | Held for Court |
| 2 Forgery - Alter Writing | Held for Court |
| 3 ATTEMPT FORGERY - ALTER WRITING | Held for Court |
| 4 Procure For Self/Other Drug By Fraud | Held for Court |

EXZIBIT. C

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

## Bonds otherwise prohibited not legalized

No person or persons shall have power, by virtue of this act, to make, issue, or give out, any bonds, specialties or notes, by themselves or servants, than such as they might have made, issued, and given out, if this act had never been made.

**HISTORY**

Act 1715-207, 1 Sm.L. 90, § 7, approved May 28, 1715, eff. immediately.

## § 37 Assignors not to release after assignment

It shall not be in the power of the assignors, after assignment made as aforesaid, to release any of the debts or sums of money really due by the said bonds, specialties or notes.

**HISTORY**

Act 1715-207, 1 Sm.L. 90, § 9, approved May 28, 1715, eff. immediately.

EXZIBIT.D

pastat                                                              1

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

7. 42 P.L.E. SALES OF PERSONALTY § 297, Pennsylvania Law Encyclopedia, Measure of Damages, Copyright 2011, Matthew Bender & Company, Inc., a member of the LexisNexis Group.

### § 2722    Who can sue third parties for injury to goods.

Where a third party so deals with goods which have been identified to a contract for sale as to cause actionable injury to a party to that contract:

(1) A right of action against the third party is in either party to the contract for sale who has title to or a security interest or a special property or an insurable interest in the goods; and if the goods have been destroyed or converted a right of action is also in the party who either bore the risk of loss under the contract for sale or has since the injury assumed that risk as against the other.

(2) If at the time of the injury the party plaintiff did not bear the risk of loss as against the other party to the contract for sale and there is no arrangement between them for disposition of the recovery, his suit or settlement is, subject to his own interest, as a fiduciary for the other party to the contract.

(3) Either party may with the consent of the other sue for the benefit of whom it may concern.

**EXZIBIT. E**

pastat                                    1

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

## CHAPTER 5 STATE AND CORPORATION BONDS

§ 51 to 54   Repealed. 1953, April 6, P.L. 3, § 10-102, eff. 12:01 A.M., July 1, 1954
§ 55         Reduction of interest on callable state bonds in lieu of redemption

### § 51 to 54   Repealed. 1953, April 6, P.L. 3, § 10-102, eff. 12:01 A.M., July 1, 1954

### § 55   Reduction of interest on callable state bonds in lieu of redemption

The Governor, the Auditor General, and the State Treasurer, upon such terms as they may deem to the best interests of the Commonwealth and under such conditions as they may specify, may reduce the rate of interest payable upon any outstanding callable bond of the Commonwealth of Pennsylvania in lieu of redeeming such bond in accordance with the terms thereof, upon any date upon which said bond may be called for redemption: Provided, That such reduction of interest rate is consented to by the holder of the said bond. In the event the interest rate on any such bond is reduced as aforesaid, said bond shall forthwith be presented to the duly authorized loan and transfer agent of the Commonwealth, which shall endorse upon the face of the said bond a proper notation evidencing the said reduction of interest rate, and as to any such bond as may be in coupon form shall affix thereto, in place of the original coupons not then due and payable, proper interest coupons evidencing the said reduction of interest rate.

**HISTORY**

EXZIBIT.F

pastat                                    2

© 2012 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.



(envelope, rotated) United States District Court, Middle District, Court of Pennsylvania, Williams J. Nealon Federal Bldg., US Court House, 235 North Washington Ave, P.O. Box 1148, Scranton PA